JUDGE KNESS
MAGISTRATE JUDGE KIM

FILED
10/12/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SMB  22CR519

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. |
| v. | |
| RICARDO LARREA | Violation: Title 18, United States Code, Section 371 |

**UNDER SEAL**

The SPECIAL APRIL 2021 GRAND JURY charges:

1. Beginning no later than on or about May 2, 2016, and continuing until on or about July 19, 2019, in Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

RICARDO LARREA,

defendant herein, did conspire with others known and unknown to the Grand Jury, to knowingly make a false and fictitious written statement to a licensed firearms dealer, in connection with the acquisition of a firearm, which statement was intended and likely to deceive the licensed firearm dealer with respect to a fact material to the lawfulness of the sale of the firearm to defendant, under Title 18 United States Code, Chapter 44, in that defendant represented on the Department of Justice Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he was the actual buyer of the firearm, when, in fact, as defendant knew, he was not the actual buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

2. It was part of the conspiracy that defendant RICARDO LARREA agreed to purchase approximately 27 firearms on behalf of Co-Conspirator-1, from licensed firearms dealers in Indiana.

3. It was further part of the conspiracy that Co-Conspirator-1 gave direction to defendant RICARDO LARREA regarding the particular type of firearm LARREA should purchase on Co-Conspirator-1's behalf.

4. It was further part of the conspiracy that defendant RICARDO LARREA falsely stated on ATF Form 4473s that he was the actual buyer of the firearms, when he knew that he was not.

5. It was further part of the conspiracy that defendant RICARDO LARREA provided Co-Conspirator-1 with approximately 27 firearms purchased in Indiana.

6. It was further part of the conspiracy that Co-Conspirator-1 would pay defendant RICARDO LARREA for purchasing firearms on Co-Conspirator-1's behalf.

7. It was further part of the conspiracy that defendant RICARDO LARREA and Co-Conspirator-1 would travel between the Northern District of Illinois and the Northern District of Indiana for the purpose of purchasing the firearms.

8. It was further part of the conspiracy that defendant RICARDO LARREA and Co-Conspirator-1 did conceal and hide, and cause to be concealed and hidden, the purposes of acts done in furtherance of the conspiracy.

## OVERT ACTS

9. In furtherance of the conspiracy and to accomplish the objectives of the conspiracy, defendant RICARDO LARREA, and others known and unknown to the

Grand Jury committed one more overt acts in the Northern District of Illinois, and elsewhere, which overt acts included but were not limited to the following:

(a) On or about January 15, 2019, defendant RICARDO LARREA met with Co-Conspirator-1 in Chicago, Illinois and traveled with Co-Conspirator-1 from Chicago, Illinois to Deb's Gun Range, a licensed dealer of firearms, in Hammond, Indiana.

(b) On or about January 15, 2019, Co-Conspirator-1 provided RICARDO LARREA with money to purchase a firearm from Deb's Gun Range.

(c) On or about January 15, 2019, defendant RICARDO LARREA completed an ATF Form 4473 and falsely stated that he was the actual buyer of a Ruger EC9s 9mm pistol bearing serial number 455-08900, when he was not.

(d) On or about January 15, 2019, defendant RICARDO LARREA purchased a Ruger EC9s 9mm pistol bearing serial number 455-08900 and provided it to Co-Conspirator-1.

(e) On or about the dates listed below, defendant RICARDO LARREA purchased the following additional firearms for Co-Conspirator-1 and, in doing so, falsely completed an ATF Form 4473 by stating that he was the actual buyer of the firearm, when he knew that he was not:

| Overt Act | Date | Location | Firearm | Serial Number |
|---|---|---|---|---|
| e-1 | 5/2/2016 | Cabela's, Hammond, Indiana | Strassell's Machine Inc. C9 9mm Luger Pistol | P1939554 |
| e-2 | 4/6/2017 | Deb's Gun Range, Hammond, Indiana | Mossberg Maverick 88 12 Gauge Shotgun | MV0284748 |
| e-3 | 3/22/2018 | Cabela's, Hammond, Indiana | Taurus 605 357 Magnum Revolver | LM50046 |
| e-4 | 7/15/2018 | Deb's Gun Range, Hammond, Indiana | Hi-Point C9 9mm Pistol | P10032526 |
| e-5 | 9/16/2018 | Deb's Gun Range, Hammond, Indiana | Smith & Wesson SD9 9mm Pistol | FZX4423 |
| e-6 | 10/10/2018 | Deb's Gun Range, Hammond, Indiana | Springfield XD-S 40 Caliber Pistol | 53530545 |
| e-7 | 11/2/2018 | Cabela's, Hammond, Indiana | ACP M1911 A1-FS .45 Auto Pistol | RIA1994433 |
| e-8 | 11/4/2018 | Cabela's, Hammond, Indiana | Smith & Wesson SD40 VE .40 S&W Pistol | FZU9229 |
| e-9 | 12/4/2018 | Cabela's, Hammond, Indiana | Beretta 92FS 9mm Luger Pistol | M82855Z |
| e-10 | 12/19/2018 | Cabela's, Hammond, Indiana | Taurus PT101P .40 S&W Pistol | SCS00946 |
| e-11 | 1/10/2019 | Cabela's, Hammond, Indiana | Taurus G2S 9mm Luger Pistol | TLT61567 |
| e-12 | 1/11/2019 | Cabela's, Hammond, Indiana | Glock Model 30 .45 Auto Pistol | EGP271US |
| e-13 | 1/16/2019 | Cabela's, Hammond, Indiana | Ruger LCR .357 Magnum Revolver | 1540-52549 |
| e-14 | 1/19/2019 | Cabela's, Hammond, Indiana | HS Produkt XD-S .45 Auto Pistol | S4115834 |
| e-15 | 1/31/2019 | Cabela's, Hammond, Indiana | Glock Model 42 .380 ACP Pistol | AASW006 |
| e-16 | 2/5/2019 | Cabela's, Hammond, Indiana | Taurus G2S 9mm Luger Pistol | TLT61780 |
| e-17 | 2/11/2019 | Cabela's, Hammond, Indiana | Ruger LCP .380 ACP Pistol | 372210406 |
| e-18 | 2/28/2019 | Deb's Gun Range, Hammond, Indiana | Taurus G2C 9mm Pistol | TLW22658 |
| e-19 | 3/13/2019 | Deb's Gun Range, Hammond, Indiana | Century Arms Star Model BM 9mm Pistol | 34442-SBM109594 |

| Overt Act | Date | Location | Firearm | Serial Number |
|---|---|---|---|---|
| e-20 | 4/18/2019 | Deb's Gun Range, Hammond, Indiana | Glock Model 43X 9mm Pistol | BLLLG12 |
| e-21 | 5/9/2019 | Cabela's, Hammond, Indiana | Sig Sauer P220 .45 Auto Pistol | G370599 |
| e-22 | 5/31/2019 | Deb's Gun Range, Hammond, Indiana | Phoenix Arms Model HP22A .22 Caliber Pistol | 4547364 |
| e-23 | 6/20/2019 | Deb's Gun Range, Hammond, Indiana | Smith & Wesson M&P9C 9mm Pistol | JCJ6800 |
| e-24 | 6/28/2019 | Cabela's, Hammond, Indiana | Kahr CM40 .40 S&W Pistol | J01669 |
| e-25 | 7/2/2019 | Deb's Gun Range, Hammond, Indiana | Taurus G2C 9mm Pistol | TMD58894 |
| e-26 | 7/10/2019 | Cabela's, Hammond, Indiana | Ruger LC380 .380 ACP Pistol | 326-46002 |

All in violation of Title 18, United States Code, Section 371.

A TRUE BILL:

_____

FOREPERSON

_____
signed by Sarah Streicker on behalf of the
UNITED STATES ATTORNEY